**No. 08-775. Hugo Alejandro Villegas Duran, Petitioner v. Johana Ivette Arribada Beaumont.**

560 U.S. 921, 130 S. Ct. 3318, 176 L. Ed. 2d 1216, 2010 U.S. LEXIS 4311, ▮

May 24, 2010. Motion of National Center for Missing and Exploited Children for leave to file a brief as amicus curiae granted. On petition for writ of certiorari to the United States Court of Appeals for the Second Circuit. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Second Circuit for further consideration in light of Abbott v. Abbott, 560 U.S. 1, 130 S. Ct. 1983, 176 L. Ed. 2d 789 (2010). Justice Sotomayor took no part in the consideration or decision of this motion and this petition.

Same case below, 534 F.3d 142.

**No. 09-9687. Raymond Rochon, Petitioner v. Burl Cain, Warden, et al.**

560 U.S. 921, 130 S. Ct. 3325, 176 L. Ed. 2d 1216, 2010 U.S. LEXIS 4313.

May 24, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Court of Appeal of Louisiana, First Circuit, dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition is submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam). Justice Stevens dissents. See id., at 4, 113 S. Ct. 397, 121 L. Ed. 2d 305, and cases cited therein.

Same case below, 6 So. 3d 890.

**No. 09-9830. R. Wayne Johnson, Petitioner v. Department of Veterans Affairs.**

560 U.S. 922, 130 S. Ct. 3351, 176 L. Ed. 2d 1216, 2010 U.S. LEXIS 4319.

May 24, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit dismissed. See Rule 39.8.

Same case below, 351 Fed. Appx. 288.

**No. 09A816 (09-10152). Qian Zhao, Applicant v. Eric H. Holder, Jr., Attorney General.**

560 U.S. 922, 130 S. Ct. 3348, 176 L. Ed. 2d 1216, 2010 U.S. LEXIS 4211.

May 24, 2010. Application for stay, addressed to Justice Sotomayor and referred to the Court, denied.

**No. 09A885. Richard Fleming, Applicant v. United States.**

560 U.S. 922, 130 S. Ct. 3348, 176 L. Ed. 2d 1216, 2010 U.S. LEXIS 4212.

May 24, 2010. Application for a certificate of appealability, addressed to Justice Kennedy and referred to the Court, denied.